# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JOEL TORRES**                                                **PLAINTIFF**

v.                  No. 3:18-cv-148-DPM

**CENTRAL ARKANSAS MENTOR
SOCIETY, INC., d/b/a Main Street
Pizza of Walnut Ridge; JUAN
CARLOS AGUILAR; and
BRITTANY AGUILAR**                              **DEFENDANTS**

## ORDER

Joint motion, № 16, noted. The Court respectfully disagrees with the authorities cited and will proceed with its usual settlement protocol in FLSA cases. *Lynn's Food Stores v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). Please file the proposed agreement and counsel's redacted bill on the public docket. An unredacted bill may be filed under seal if counsel prefers. Settlement papers due by 28 January 2019.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 January 2019