# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JOEL TORRES**                                                          **PLAINTIFF**

v.                          No. 3:18-cv-148-DPM

**CENTRAL ARKANSAS MENTOR
SOCIETY, INC., d/b/a Main Street
Pizza of Walnut Ridge; JUAN
CARLOS AGUILAR; and
BRITTANY AGUILAR**                                                       **DEFENDANTS**

## ORDER

The Court appreciates the supplemental information about the settlement proceeds, № 20. The joint motion to approve the deal, № 16, is granted. All material things considered, the proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). The settlement reflects a good-faith compromise on disputed wage-related facts. Counsel's fees are reasonable, too. The complaint will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 January 2019