IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOEL TORRES                                                              PLAINTIFF

v.                              No. 3:18-cv-148-DPM

CENTRAL ARKANSAS MENTOR
SOCIETY, INC., d/b/a Main Street
Pizza of Walnut Ridge; JUAN
CARLOS AGUILAR; and
BRITTANY AGUILAR                                                      DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 January 2019